EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

THOMAS MUEHLECK
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>             )<br>         Plaintiff,   )<br>             )<br>     vs.     )<br>             )<br>MARTIN MORA-GARCIA,   )<br>  aka "Martin Arreaga,"   )<br>  aka "El Burro,"   )<br>  aka "Manny,"   )<br>             )<br>         Defendant.   )<br>_____) | CR. NO. CR02-00244 SOM<br><br>INDICTMENT<br>[8 U.S.C. § 1326] |

INDICTMENT

The Grand Jury charges that:

On or about May 30, 2002, in the District of Hawaii, defendant MARTIN MORA-GARCIA, aka "Martin Arreaga," aka "El Buro," aka "Manny," who had previously been denied admission, excluded, deported and removed and departed the United States

with an order of exclusion, deportation, or removal was outstanding and after having been previously convicted of an aggravated felony, was found in the United States without the consent of the Attorney General of the United States for re-application by the defendant for admission into the United States.

All in violation of Title 8, United States Code, Sections 1326(a) and (b)(2).

DATE: June 13, 2002, Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
ELLIOT ENOKI
First Assistant U.S. Attorney

_____
THOMAS MUEHLECK
Assistant U.S. Attorney

United States v. Martin Mora-Garcia
Cr. No. _____
INDICTMENT

2